In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-021 CV


____________________



IN THE INTEREST OF B.W.C., JR.






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-020808-D






MEMORANDUM OPINION (1)


 Billy Carl, Sr., appellant, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 

 PER CURIAM

Opinion Delivered March 11, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.



1. Tex. R. App. P. 47.4.